**BRYSON HARRIS SUCIU & DEMAY PLLC**
Trenton Ross Kashima (Bar No. 291405)
Tkashima@brysonpllc.com
19800 Macarthur Boulevard, Suite 270
Irvine, CA 92612, USA
Tel: (212) 946-9389

**PEARSON WARSHAW, LLP**
Melissa S. Weiner (admitted *pro hac vice*)
Mweiner@pwfirm.com
328 Barry Avenue S., Suite 200
Wayzata, MN 55391, USA
Tel: (612) 389-0600
Fax: (612) 389-0610

*Attorneys for Plaintiff and the Proposed Class*

**DLA PIPER LLP (US)**
Tia Q. Nguyen (Bar No. 338778)
tia.nguyen@us.dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: (206) 839-4846
Fax: (415) 836-2501

*Attorneys for Defendant Create Wellness, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY MACARTNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREATE WELLNESS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:25cv10713-NW-VKD<br><br>The Honorable Noël Wise<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; DECLARATION OF TIA Q. NGUYEN** |

Plaintiff Casey Macartney (the "plaintiff") and Defendant Create Wellness, Inc. ("Create") (collectively, the "Parties"), through their undersigned counsel, pursuant to Local Civil Rule 6-2, hereby stipulate and agree to the following:

**WHEREAS**, the current deadline by which Create must answer, move, or otherwise respond to the plaintiff's Class Action Complaint ("Complaint") is February 17, 2026 (ECF No. 8);

**WHEREAS**, the Court ordered the Parties to submit a Case Management Statement on or before March 13, 2026, as well as take part in an Initial Case Management Conference on March 31, 2026 (ECF No. 16);

**WHEREAS**, throughout January 2026 and to present, counsel for the Parties have been and continue to confer regarding the plaintiff's claims, and the Parties have agreed to extend the deadline for Create to answer, move, or otherwise respond to the Complaint until May 6, 2026 to allow the Parties to complete their conferrals;

**WHEREAS**, the Parties also agreed that in the circumstances of this case, that in the interest of judicial efficiency and to preserve the Parties' resources, the deadline to submit a Case Management Statement should be extended until May 29, 2026, and the Initial Case Management Conference should be continued until Tuesday, June 16, 2026;

**WHEREAS**, this is the first extension of time for Create to answer, move, or otherwise respond to the Complaint, and the first request for any change of time in this action;

**WHEREAS**, the Parties' agreed extension will affect the current February 17, 2026 deadline for Create to answer, move, or otherwise respond to the Complaint and the Case Management Conference-related deadlines in connection with the currently scheduled March 31, 2026 Initial Case Management Conference, but will not affect any other dates currently set by the Court; and

**WHEREAS**, this stipulation is not made for the purpose of delay and will not cause prejudice to the respective Parties;

**WHEREAS**, this stipulation promotes judicial economy and conserves resources by allowing the Parties to continue conferring about the plaintiff's claims;

/ / /

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO ANSWER, MOVE, OR                1
OTHERWISE RESPOND TO THE COMPLAINT AND CONTINUE CMC-RELATED DEADLINES
CASE NO. 5:25cv10713-NW-VKD

**IT IS STIPULATED AND AGREED** that the deadline for Create to answer, move, or otherwise respond to the Complaint shall be extended until May 6, 2026;

**IT IS FURTHER STIPULATED AND AGREED** that the deadline to submit a Case Management Statement will be extended until May 29, 2026, and the Initial Case Management Conference will be continued until Tuesday, June 16, 2026.

**IT IS SO STIPULATED**.

Date: February 9, 2026

**PEARSON WARSHAW, LLP**

By: */s/ Melissa S. Weiner*

Melissa S. Weiner

*Attorneys for Plaintiff and the Proposed Class*

**DLA PIPER LLP (US)**

By: */s/ Tia Q. Nguyen*

Tia Q. Nguyen

*Attorneys for Create Wellness, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: February 10, 2026 _____

_____
JUDGE NOËL WISE

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT AND CONTINUE CMC-RELATED DEADLINES
CASE NO. 5:25cv10713-NW-VKD

2