**BRYSON HARRIS SUCIU & DEMAY PLLC**
Trenton Ross Kashima (Bar No. 291405)
Tkashima@brysonpllc.com
19800 Macarthur Boulevard, Suite 270
Irvine, CA 92612, USA
Tel: (212) 946-9389

**PEARSON WARSHAW, LLP**
Melissa S. Weiner (admitted *pro hac vice*)
Mweiner@pwfirm.com
328 Barry Avenue S., Suite 200
Wayzata, MN 55391, USA
Tel: (612) 389-0600
Fax: (612) 389-0610

*Attorneys for Plaintiff and the Proposed Class*

**DLA PIPER LLP (US)**
Tia Q. Nguyen (Bar No. 338778)
tia.nguyen@us.dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: (206) 839-4846
Fax: (415) 836-2501

*Attorneys for Defendant Create Wellness, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY MACARTNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREATE WELLNESS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:25cv10713-NW-VKD<br><br>The Honorable Noël Wise<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT; DECLARATION OF TIA Q. NGUYEN** |

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO ANSWER, MOVE, OR
OTHERWISE RESPOND TO THE COMPLAINT
CASE NO. 5:25cv10713-NW-VKD

Plaintiff Casey Macartney (the "plaintiff") and Defendant Create Wellness, Inc. ("Create") (collectively, the "Parties"), through their undersigned counsel, pursuant to Local Civil Rule 6-2, hereby stipulate and agree to the following:

**WHEREAS**, the current deadline by which Create must answer, move, or otherwise respond to the plaintiff's Class Action Complaint ("Complaint") is May 6, 2026 (ECF No. 18);

**WHEREAS**, throughout 2026 and to present, counsel for the Parties have been and continue to confer regarding the plaintiff's claims, and the Parties have agreed to extend the deadline for Create to answer, move, or otherwise respond to the Complaint until June 3, 2026 to allow the Parties to complete their conferrals;

**WHEREAS**, this is second extension of time for Create to answer, move, or otherwise respond to the Complaint, and the second request for any change of time in this action (ECF No. 17);

**WHEREAS**, the Parties' agreed extension will affect the current May 6, 2026 deadline for Create to answer, move, or otherwise respond to the Complaint, but will not affect any other dates currently set by the Court;

**WHEREAS**, this stipulation is not made for the purpose of delay and will not cause prejudice to the respective Parties;

**WHEREAS**, this stipulation promotes judicial economy and conserves resources by allowing the Parties to continue conferring about the plaintiff's claims; and

**IT IS STIPULATED AND AGREED** that the deadline for Create to answer, move, or otherwise respond to the Complaint shall be extended until June 3, 2026.

**IT IS SO STIPULATED**.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT
CASE NO. 5:25cv10713-NW-VKD

1

Date: April 15, 2026                    **PEARSON WARSHAW, LLP**

                                        By: */s/ Melissa S. Weiner*
                                            Melissa S. Weiner

                                        *Attorneys for Plaintiff and the Proposed Class*


                                        **DLA PIPER LLP (US)**

                                        By: */s/ Tia Q. Nguyen*
                                            Tia Q. Nguyen

                                        *Attorneys for Create Wellness, Inc.*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Date: April 21, 2026 _____          _____
                                              JUDGE NOËL WISE

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO ANSWER, MOVE, OR        2
OTHERWISE RESPOND TO THE COMPLAINT
CASE NO. 5:25cv10713-NW-VKD